IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David Daniel Richardson,

    Plaintiff,

v.

Franklin County Corrections Center, *et al.*,

    Defendant.

Case No. 2:24-cv-1817
Judge James L. Graham
Magistrate Judge Peter B. Silvain, Jr.

## Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended that: (1) plaintiff's claims against defendant Franklin County Corrections Center and his claims challenging his pending state-court proceedings be dismissed for failure to state a claim; and (2) plaintiff's motions for default judgment be denied. Plaintiff has been allowed to proceed with his individual capacity claims against defendants Nurse Linda, Nurse Sandy, and Deputy Sumner, though he must effect service of process on those defendants.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 11), which is hereby adopted. Accordingly, plaintiff's claims against defendant Franklin County Corrections Center and his claims challenging his pending state-court proceedings are DISMISSED for failure to state a claim, and plaintiff's motions for default judgment (docs. 5, 7) are DENIED.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: July 29, 2024